

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2017

No. 04-16-00723-CV & 04-16-00738-CV

**FE EXPRESS, LLC** and Francisco Javier Bernal,
Appellant

v.

Maria Isabel Serna **CONTRERAS**, as next friend and guardian of Samara Isabella Morales Serna and Samantha Isabel Morales Serna, minor children, and as Administrator of the Estate of Samuel Morales Castillo, Deceased,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Appellants' motion for extension of time to file their reply brief is granted. We order the reply brief due July 28, 2017.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk